IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR124 |
| | ) | |
| v. | ) | |
| | ) | |
| Eric Miller, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. It appears from the record that the defendant may be entitled to a reduction in his sentence pursuant to the crack cocaine Amendment 706. Accordingly,

IT IS ORDERED that both the government and defense counsel shall file briefs or a stipulation in this matter within 30 days of the date of this order.

DATED this 11th day of September, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge