IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

ERIC V. MILLER,

               Defendant.

8:06CR124

**MEMORANDUM AND ORDER**

This matter is before the court on the judgment and mandate of the United States Court of Appeals for the Eighth Circuit, Filing No. 132 and Filing No. 133. In his petition, Filing No. 130, the defendant sought relief under *Johnson v. United States*, 135 S. Ct. 2551, 2557 (2015), which invalidated a provision of the Armed Career Criminal Act, 18 U.S.C. § 924(e)(2)(B). *Id.*; *see also Beckles v. United States*, 137 S. Ct. 886, 891 (2017) (finding an enhancement for a violent felony under the Guidelines is not subject to a void-for-vagueness challenge).

The Appeals Court denied the defendant's motion for leave to file a successive petition for habeas corpus relief in this court. Accordingly, the court is without jurisdiction to address the § 2255 petition. *See, e.g., United States v. Lee*, 792 F.3d 1021, 1025 (8th Cir.), *as corrected* (Dec. 14, 2015), *cert. denied*, 137 S. Ct. 1577 (2017) (affirming dismissal of successive petition for lack of jurisdiction).

The defendant must make a substantial showing of the denial of a constitutional right in order to be granted a certificate of appealability under 28 U.S.C. § 2253(c)(2). *See Miller-El v. Cockrell*, 537 U.S. 322 (2003). The defendant's motion does not present questions of substance for appellate review and, therefore, does not make the

requisite showing to satisfy § 2253(c). *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b). Accordingly, no certificate of appealability pursuant to 28 U.S.C. § 2253(c) will issue. A judgment in accordance with this Memorandum and Order will issue this date.

IT IS ORDERED:

1. The defendant's successive motion to vacate, set aside, or correct his sentence under § 2255 (Filing No. 130) is denied for lack of jurisdiction.

2. The defendant's 28 U.S.C. § 2255 action is dismissed.

3. No certificate of appealability will issue.

Dated this 17th day of October, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge