IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ERIC V. MILLER,<br><br>                Defendant. | **8:06CR124**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered this date, judgment is entered in favor of the United States and against the Defendant.

Dated this 17th day of October, 2017.

                                              BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              Senior United States District Judge